BETHLEHEM STEEL CORPORATION, Petitioner, v. NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents.—

Present — Goldman, P. J., Marsh, Witmer, Gabrielli and Cardamone, JJ.